KAMER ZUCKER ABBOTT
Scott M. Abbott        #4500
Jen J. Sarafina         #9679
Nicole A. Young       #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL D. VILLEGAS,<br><br>            Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>            Defendant. | Case No. 2:15-cv-01857-APG-GWF<br><br>**STIPULATION TO DISMISS**<br><br>**ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Cristobal Villegas and Defendant Wynn Las Vegas, LLC, by and through their respective counsel of record, hereby stipulate to voluntarily dismiss Plaintiff's first cause of action, "Tortious Discharge" with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request the voluntary dismissal of Plaintiff's first cause of action, "Tortious Discharge" with prejudice.

DATED this ___ day of March, 2016.   DATED this ___ day of March, 2016.

HATFIELD & ASSOCIATES, LTD   KAMER ZUCKER ABBOTT

By: _____   By: _____
Trevor Hatfield    #7373          Scott M. Abbott    #4500
703 South Eighth Street           Jen J. Sarafina    #9679
Las Vegas, Nevada 89101           Nicole A. Young    #13423
Tel: (702) 388-4469               3000 West Charleston Boulevard, Suite 3
                                  Las Vegas, Nevada 89102-1990
                                  Tel: (702) 259-8640
                                  Fax: (702) 259-8646

Attorney for Plaintiff            Attorneys for Defendant
                                  Wynn Las Vegas, LLC

**ORDER**

IT IS SO ORDERED.

Date: March 17, 2016              _____
                                  UNITED STATES DISTRICT JUDGE